## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of S.D. Fla. - Ft. Lauderdale | Federal Court |

Case Number: 0:24-CV-60834

Plaintiff:
**Werner Jack Becker, Dana Guida, et al.**

vs.

Defendant:
**Citigroup Inc., d/b/a Citibank et al**

For:
Brandon Haase
Consovoy McCarthy PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209

Received by All Broward Process Corp on the 17th day of May, 2024 at 4:21 pm to be served on **Citibank, N.A. C/O R.A. C T Corporation System, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Francisco X. Carreras, do hereby affirm that on the **20th day of May, 2024** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Supervisor CT Corp** for **Citibank, N.A. C/O R.A. C T Corporation System**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

_____
**Francisco X. Carreras**
#582

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2024002728
Ref: 00532

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

```
DELIVERED  5/20/2024 2:00 PM
SERVER     FXC
LICENSE    #582
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

*Plaintiff(s)*

v.   Civil Action No.   24-CV-60834-Singhal

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITIBANK N.A.
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan K. Weir,
Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700,
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: May 17, 2024

s/ C. A. Weech
Deputy Clerk
U.S. District Courts