UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-CV-60834-Singhal

WERNER JACK BECKER,

DANA GUIDA, individually and

On behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC., d/b/a CITIBANK

And CITIBANK, N.A.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brandon M. Haase of the law firm of Consovoy McCarthy PLLC, 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209, (703) 243-9423, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brandon M. Haase to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brandon M. Haase is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the United States District Court for the District of Columbia.

    2.    Movant, Daniel J. Shapiro, Esquire, of the law firm of Consovoy McCarthy PLLC, 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209, (703) 243-9423, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brandon M. Haase has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brandon M. Haase, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brandon M. Haase at email address: brandon@consovoymccarthy.com.

WHEREFORE, Daniel J. Shapiro, moves this Court to enter an Order Brandon M. Haase, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brandon M. Haase.

Date: May 21, 2024					Respectfully submitted,

						/s/ *Daniel Shapiro*
						Daniel J. Shapiro
						Fla. Bar No. 1011108
						daniel@consovoymccarthy.com
						CONSOVOY MCCARTHY PLLC
						1600 Wilson Boulevard, Suite 700
						Arlington, VA 22209
						(703) 243-9423
						(727) 504-8994

						Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-CV-60834-Singhal

WERNER JACK BECKER,
DANA GUIDA, individually and
On behalf of others similarly situated,
    Plaintiffs,
v.
CITIGROUP INC., d/b/a CITIBANK
And CITIBANK, N.A.,
    Defendants.
_____/

## CERTIFICATION OF BRANDON M. HAASE

    Brandon M. Haase, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the United States District Court for the District of Columbia (#1616834); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    /s/ *Brandon M. Haase*
    Brandon M. Haase

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-CV-60834-Singhal

WERNER JACK BECKER,

DANA GUIDA, individually and

On behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC., d/b/a CITIBANK

And CITIBANK, N.A.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brandon M. Haase, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brandon M. Haase, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Brandon M. Haase, at brandon@consovoymccarthy.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record