UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

    Defendants.

_____/

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT
AND TO SET BRIEFING SCHEDULE**

    Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a) of the Southern District of Florida, Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Defendants") move for an order extending Defendants' time to respond to the Complaint [ECF No. 1] by 30 days, through and including July 10, 2024, and, in the event Defendants elect to file a motion pursuant to Rule 12, to establish a deadline of 30 days for Plaintiffs to respond and 28 days for Defendants to file their reply.

    1.    According to the returns of service docketed in this action, Defendants were served with the Complaint on May 20, 2024.  [ECF No. 5]; [ECF No. 6].  Defendants' deadline to respond to the Complaint based on a May 20, 2024, service date is June 10, 2024.

    2.    Undersigned counsel has recently been retained in this action and still is in the process of reviewing the allegations in the Complaint in order to prepare an appropriate and meaningful response.

1

3. Moreover, an initial review of the Complaint reveals that this case purports to assert novel claims and legal theories, involving not only the parties, but also non-party financial institutions, all set against the complex legal and regulatory environment governing the banking system.

4. Therefore, Defendants request an extension of time to respond to the Complaint of 30 days, up to and including July 10, 2024. Undersigned counsel have conferred with counsel for the Plaintiffs, who have agreed to that relief. Further, should Defendants elect to file a motion pursuant to Federal Rule of Civil Procedure 12, the parties have agreed to request that the Court establish a briefing schedule that affords Plaintiffs 30 days to respond to such a motion and affords Defendants 28 days to file a reply.

5. Good cause exists for the requested extensions. The extensions are sought in good faith and not for the purposes of delay. Neither party will be prejudiced by the extensions, nor will any other deadline be impacted.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court extend the time for them to respond to the Complaint by 30 days up to and including July 10, 2024, and, in the event Defendants file a motion pursuant to Rule 12, set a briefing schedule for such motion that requires Plaintiffs to respond within 30 days of service of such motion and Defendants to file their reply within 28 days of service of the response.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I HEREBY CERTIFY that undersigned counsel has conferred with counsel for Plaintiffs and that Plaintiffs do not oppose the entry of an order granting this motion.

Dated:  June 3, 2024

Respectfully submitted,

*/s/ Eliot Pedrosa*

Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Angela Korge
Fla. Bar No. 125419
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: akorge@jonesday.com

Alexander V. Maugeri (*pro hac vice forthcoming*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
Email: amaugeri@jonesday.com

*Attorneys for Defendants Citigroup Inc. and Citibank, N.A.*

3

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of June, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                                */s/ Eliot Pedrosa*
                                                Eliot Pedrosa