**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**
**AND FOR THE PARTIES TO BRIEF ANY RULE 12 MOTIONS**

    **THIS CAUSE** is before the Court on Defendants Citigroup Inc. and Citibank, N.A.'s Agreed Motion for Extension of Time for Defendants to Respond to Plaintiffs' Class Action Complaint and for the Parties to Brief any Rule 12 Motions [ECF No. __] (the "Motion"), filed on June 3, 2024. Having reviewed the Motion and being fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion [ECF No. __] is **GRANTED**. Defendants shall have up to and including **July 10, 2024** to respond to Plaintiffs' Complaint. Should Defendants file a Federal Rule of Civil Procedure 12 motion in response, Plaintiffs shall have 30 days to respond to such motion, and Defendants shall have 28 days to file any reply.

1

2

**DONE AND ORDERED** in Chambers at Broward County, Florida on this \_\_\_ day of _____ 2024.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished to All Counsel of Record.