# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

      Defendants.

**CERTIFICATION OF ALEXANDER V. MAUGERI**

**ALEXANDER V. MAUGERI**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the **New York State Bar; the United States District Courts for the Northern, Southern and Eastern Districts of New York, and the United States District Court for the Eastern District of Wisconsin**; and (3) I have not filed more than three *pro hac vice* motions in this District within the last 365 days.

                                                /s/ *Alexander V. Maugeri*
                                                **ALEXANDER V. MAUGERI**