# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

        Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

        Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion for Alexander V. Maugeri to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**. Alexander V. Maugeri may appear and participate in this action on behalf of Defendants, Citigroup Inc. and Citibank, N.A. The Clerk shall provide electronic notification of all electronic filings to Alexander V. Maugeri at amaugeri@jonesday.com.

1

2

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2024.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to All Counsel of Record.