**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
 similarly situated,

      Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

      Defendants.

_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Citigroup Inc. and Citibank,

N.A. make the following disclosure.

1.      Citibank, N.A. is an indirect subsidiary of Citigroup Inc.

2.      Citigroup Inc. is a publicly traded corporation.

3.      To Defendants' knowledge, no entity owns 10% or more of Citigroup Inc.'s stock.

Dated:  June 3, 2024

Respectfully submitted,

/s/ Eliot Pedrosa

Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Angela Korge
Fla. Bar No. 125419
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: akorge@jonesday.com

Alexander V. Maugeri (*pro hac vice forthcoming*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
Email: amaugeri@jonesday.com

*Attorneys for Defendants Citigroup Inc. and
Citibank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of June, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

<u>/s/ Eliot Pedrosa</u>
Eliot Pedrosa