UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

        Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

        Defendants.

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, and this Court's order of June 5, 2024 (ECF No. 5), Plaintiffs Werner Jack Becker and Dana Guida affirm that they are natural persons and have no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of their stock. Plaintiffs identify the following interested parties:

1. Plaintiff, Werner Jack Becker;

2. Plaintiff, Dana Guida;

3. Plaintiffs, the putative Class and Subclass defined in the Complaint, ¶33 (ECF No. 1);

4. Plaintiffs' counsel, Consovoy McCarthy PLLC;

5. Plaintiffs' counsel, Don Bivens, PLLC;

6. Plaintiffs' counsel, Adam K. Mortara, Lawfair LLC;

7. Defendant, Citigroup Inc. d/b/a Citibank;

8. Defendant, Citibank, N.A.;

9. Defendants' counsel, Jones Day.

                                                  Respectfully submitted,

Dated: June 11, 2024

/s/ *Daniel Shapiro*
Daniel J. Shapiro (Fla. Bar No. 1011108)
Bryan Weir (*pro hac vice*)
Brandon M. Haase* (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
bryan@consovoymccarthy.com
brandon@consovoymccarthy.com

* Supervised by principals of the firm admitted to practice in Virginia

*Counsel for Plaintiffs*