UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

_____/

## **DEFENDANTS' MOTION TO ENLARGE PAGE LIMIT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a) of the Southern District of Florida, Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Defendants") move for an order enlarging the page limit for their Rule 12 motion in response to Plaintiffs' Complaint up to and including 35 pages, double-spaced.

1. Defendants were served with the Complaint on May 20, 2024. [ECF No. 5]; [ECF No. 6], and their deadline to respond was extended by order of this Court to June 10, 2024 [ECF No. 12].

2. Defendants will be filing a motion to dismiss the Complaint pursuant to Rule 12(b). Because the Complaint raises novel claims and legal theories, involving not only the parties before it, but also non-party financial institutions, all set against the complex legal and regulatory environment governing the banking system, Defendants anticipate advancing multiple arguments for dismissal.

3.  Local Rule 7.1(c)(2) establishes a page limit of 20 pages, and Local Rule 5.1(a)(4) ordinarily permits the filing of memoranda with line spacing of 1.5 (except for block quotes and footnotes which may be single-spaced). However, this Court's Notice of Court Practice [ECF No. 13] requires that all motions, briefs, and memorandums be double-spaced, effectively reducing the length of memoranda otherwise permitted by the Local Rules.

4.  Defendants have been diligently working on a draft motion and have determined that in order to advance their arguments properly and fully, they require a modest enlargement of the page limit set by the combination of Local Rules 7.1, 5.1, and this Court's Notice of Court Practice.

5.  Therefore, Defendants request an enlargement of the page limit for their forthcoming motion to dismiss and request leave to file a brief up to 35 double-spaced pages in length. Defendants will endeavor to streamline their arguments as much as possible in order to file a shorter brief if possible.

6.  Undersigned counsel have conferred with counsel for the Plaintiffs, who have informed the undersigned that Plaintiffs take no position with respect to the requested relief.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court enlarge the page limit for their forthcoming motion to dismiss the Complaint up to 35 double-spaced pages and for such other relief as the Court deems just and proper.

### **LOCAL RULE 7.1(a)(3) CERTIFICATION**

I HEREBY CERTIFY that undersigned counsel has conferred with counsel for Plaintiffs and that Plaintiffs take no position with respect to the requested relief.

Dated:  July 1, 2024

Respectfully submitted,

/s/ *Eliot Pedrosa*

Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Angela Korge
Fla. Bar No. 125419
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: akorge@jonesday.com

Alexander V. Maugeri (*Admitted pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
Email: amaugeri@jonesday.com

*Attorneys for Defendants Citigroup Inc. and Citibank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Eliot Pedrosa*
Eliot Pedrosa
