## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE PAGE LIMIT

**THIS CAUSE** is before the Court on Defendants Citigroup Inc. and Citibank, N.A.'s Motion to Enlarge Page Limit [ECF No. __] (the "Motion"), filed on July 1, 2024. Having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. __] is **GRANTED**. Defendants Rule 12 motion in response to Plaintiffs' Complaint may not exceed 35 pages, double-spaced.

**DONE AND ORDERED** in Chambers at Broward County, Florida on this ___ day of July, 2024.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished to All Counsel of Record.