UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

        Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

        Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher C. Pagliarella ("Mr. Pagliarella") of the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, DC 20001, Tel.: (202) 879-3939, for purposes of appearance as co-counsel on behalf of Defendants Citigroup Inc. and Citibank, N.A. ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Pagliarella to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Pagliarella is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar and the District of Columbia State Bar, the United States District Court for the District of Columbia, the United States District Court for the

Southern District of Indiana, and the United States District Court for the Southern District of Texas.

2. Movant, Eliot Pedrosa, Esquire, of the law firm Jones Day, 600 Brickell Avenue, Suite 3300, Miami, Florida 33131, (305) 714-9700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Pagliarella has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached as **Exhibit A**.

4. Mr. Pagliarella, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Pagliarella at cpagliarella@jonesday.com.

WHEREFORE, Eliot Pedrosa, moves this Court to grant the proposed Order (attached as **Exhibit B**) permitting Mr. Pagliarella to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Pagliarella at cpagliarella@jonesday.com.

Dated:  July 3, 2024                               Respectfully submitted,

                                                                    */s/ Eliot Pedrosa*
                                                                    Eliot Pedrosa

        Fla. Bar No. 182443
        Angela Korge
        Fla. Bar No. 125419
        JONES DAY
        Brickell World Plaza
        600 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone: (305) 714-9700
        Facsimile: (305) 714-9799
        Email: epedrosa@jonesday.com
        Email: akorge@jonesday.com

        Alexander V. Maugeri (*Admitted pro hac vice*)
        JONES DAY
        250 Vesey Street
        New York, NY 10281-1047
        Telephone: (212) 326-3880
        Facsimile: (212) 755-7306
        Email: amaugeri@jonesday.com

        *Attorney for Defendants Citigroup Inc. and Citibank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

        /s/ *Eliot Pedrosa*
        Eliot Pedrosa