UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

      Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jayant W. Tambe ("Mr. Tambe") of the law firm of Jones Day, 250 Vesey Street, New York, NY 10281-1047, Tel.: (212) 326-3939, for purposes of appearance as co-counsel on behalf of Defendants Citigroup Inc. and Citibank, N.A. ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Tambe to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Tambe is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar and the Illinois State Bar, the United States District Courts for the Northern, Southern and Eastern Districts of New York, the United States

District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.

2. Movant, Eliot Pedrosa, Esquire, of the law firm Jones Day, 600 Brickell Avenue, Suite 3300, Miami, Florida 33131, (305) 714-9700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Tambe has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached as **Exhibit A**.

4. Mr. Tambe, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Tambe at jtambe@jonesday.com.

WHEREFORE, Eliot Pedrosa, moves this Court to grant the proposed Order (attached as **Exhibit B**) permitting Mr. Tambe to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Tambe at jtambe@jonesday.com.

Dated:  July 3, 2024

Respectfully submitted,

/s/ Eliot Pedrosa
Eliot Pedrosa
Fla. Bar No. 182443
Angela Korge
Fla. Bar No. 125419
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Email: epedrosa@jonesday.com
Email: akorge@jonesday.com

Alexander V. Maugeri (*Admitted pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
Email: amaugeri@jonesday.com

*Attorney for Defendants Citigroup Inc. and Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ *Eliot Pedrosa*
Eliot Pedrosa