# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

      Defendants.

## CERTIFICATION OF JAYANT W. TAMBE

**JAYANT W. TAMBE**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the **New York State Bar and the Illinois State Bar; the United States District Courts for the Northern, Southern and Eastern Districts of New York, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan;** and (3) I have not filed more than three *pro hac vice* motions in this District within the last 365 days.

                                              /s/ *Jayant W. Tambe*
                                              **JAYANT W. TAMBE**