**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

       Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

       Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL**

**THIS CAUSE** having come before the Court on Defendants' Unopposed Motion to File Document Under Seal and Incorporated Memorandum of Law. ECF No. [ ] (the "Motion"). The Court has considered the Motion, the record in this case, and the applicable law.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. Defendants may file under seal an unredacted copy of the agreement described in the Motion. The document shall remain sealed until the Court enters an order unsealing it.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ___ day of July, 2024.

                                        **RAAG SINGHAL**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to All Counsel of Record.