**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO FILE DOCUMENT UNDER SEAL**

**THIS CAUSE** having come before the Court on Defendants' Unopposed Motion to File Document Under Seal and Incorporated Memorandum of Law (the "Motion"). (DE [30]).  The Court has considered the Motion, the record in this case, and the applicable law.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion (DE [30]) is **GRANTED**.  Defendants may file under seal an unredacted copy of the agreement described in the Motion.  The document shall remain sealed until the Court enters an order unsealing it.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 12th day of July 2024.

Copies furnished to All Counsel of Record.

                                                    RAAG SINGHAL
                                                    UNITED STATES DISTRICT JUDGE