UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:24-cv-60834-Singhal

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 21] ("Mediation Order"), Plaintiffs Werner Jack Becker and Dana Guida ("Plaintiffs") and Defendants Citigroup Inc. and Citibank, N.A. ("Defendants"), by and through their respective undersigned counsel, hereby notify the Court that they have selected Michael Hanzman to serve as the mediator in this matter and scheduled the mediation to occur on April 16, 2025 at 9:00 a.m. at Bilzin Sumberg, 1450 Brickell Ave 23rd floor, Miami, FL 33131. The parties further reserve the right to change the date or location (including from in-person to Zoom) of the mediation, with consent of the mediator, without leave of court provided mediation is concluded and the mediation report filed in compliance with the deadline set forth in the Mediation Order or any superseding scheduling order issued by the Court.

| | |
|---|---|
| Dated:  July 26, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ Daniel J. Shapiro* | */s/ Eliot Pedrosa* |
| Daniel J. Shapiro (Fla. Bar No. 1011108)<br>Bryan Weir (*admitted pro hac vice*)<br>Brandon M. Haase* (*admitted pro hac vice*)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209 (703) 243-9423<br>daniel@consovoymccarthy.com<br>bryan@consovoymccarthy.com<br>brandon@consovoymccarthy.com<br><br>* Supervised by principals of the firm admitted to practice in Virginia<br><br>*Counsel for Plaintiffs* | Eliot Pedrosa, Esq.<br>Fla. Bar No. 182443<br>Angela Korge<br>Fla. Bar No. 125419<br>JONES DAY<br>600 Brickell Ave, Suite 3300<br>Miami, FL 33131<br>Telephone: (305) 714-9700<br>Facsimile: (305) 713-9799<br>Email: epedrosa@jonesday.com<br>Email: akorge@jonesday.com<br><br>Jayant W. Tambe (admitted pro hac vice)<br>Alexander V. Maugeri (admitted pro hac vice)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>amaugeri@jonesday.com<br>jtambe@jonesday.com<br><br>Christopher Pagliarella (admitted pro hac vice)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>cpagliarella@jonesday.com<br><br>*Attorneys for Defendants Citigroup Inc. and Citibank, N.A.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Eliot Pedrosa
Eliot Pedrosa