**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 0:24-cv-60834-Singhal

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

**[PROPOSED] ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Michael Hanzman on April 16, 2025 at 9:00 a.m. at Bilzin Sumberg, 1450 Brickell Ave 23rd floor, Miami, FL 33131. The parties, with consent of the mediator, may change the date or location (including from in-person to Zoom) without leave of court provided mediation is concluded and the mediation report filed in compliance with the deadline set forth in the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 21] or any superseding scheduling order issued by the Court.

ENTERED this ___ day of _____, 2024.

                                                                                     _____
                                                                                      JUDGE RAAG SINGHAL
                                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record