UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

    Defendants.

_____/

## **DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a) of the Southern District of Florida, Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Defendants") move for an order enlarging the page limit for their Rule 12 motion in response to Plaintiffs' Amended Complaint up to and including 35 pages, double-spaced and enlarging the page limit for Plaintiffs' response to Defendants' forthcoming Rule 12 motion up to and including 35 pages, double-spaced.

    1.    Defendants were served with the original Complaint on May 20, 2024. [ECF No. 5]; [ECF No. 6].

    2.    Defendants previously sought an enlargement of pages for their motion to dismiss the original Complaint, which the Court granted on July 8, 2024. [ECF No. 26]. Defendants filed their motion to dismiss the original Complaint on July 10, 2024. [ECF No. 29].

3. On July 31, 2024, Plaintiffs filed the Amended Complaint, thus mooting Defendants' motion to dismiss the original Complaint. [ECF No. 36]; [ECF No. 38].

4. Defendants will be filing a motion to dismiss the Amended Complaint pursuant to Rule 12(b), which is due August 14, 2024. Because the Amended Complaint raises novel claims and legal theories, involving not only the parties before it, but also non-party financial institutions, all set against the complex legal and regulatory environment governing the banking system, Defendants anticipate advancing multiple arguments for dismissal.

5. Local Rule 7.1(c)(2) establishes a page limit of 20 pages, and Local Rule 5.1(a)(4) ordinarily permits the filing of memoranda with line spacing of 1.5 (except for block quotes and footnotes which may be single-spaced). However, this Court's Notice of Court Practice [ECF No. 13] requires that all motions, briefs, and memorandums be double-spaced, effectively reducing the length of memoranda otherwise permitted by the Local Rules.

6. Defendants have been diligently working on a draft motion and have determined that in order to advance their arguments properly and fully, they require a modest enlargement of the page limit set by the combination of Local Rules 7.1, 5.1, and this Court's Notice of Court Practice.

7. Therefore, Defendants request an enlargement of the page limit for their forthcoming motion to dismiss and request leave to file a brief up to 35 double-spaced pages in length. Defendants will endeavor to streamline their arguments as much as possible in order to file a shorter brief if possible.

8. During the parties' conferral, Plaintiffs similarly requested from Defendants an agreement for an enlargement of the page limit for Plaintiffs' forthcoming response to Defendants' motion to dismiss up to 35 double-spaced pages in length. Thus, Defendants further request the

Court grant an enlargement of the page limit for Plaintiffs' forthcoming response to the motion to dismiss up to 35 double-spaced pages in length.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court enlarge the page limit for their forthcoming motion to dismiss the Amended Complaint up to 35 double-spaced pages and enlarge the page limit for Plaintiffs' response to Defendants' motion to dismiss up to 35 double-spaced pages and for such other relief as the Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

I HEREBY CERTIFY that undersigned counsel has conferred with counsel for Plaintiffs and that Plaintiffs do not oppose the relief sought herein.

Dated: August 5, 2024

Respectfully submitted,

*/s/ Eliot Pedrosa*
Eliot Pedrosa
Florida Bar No. 182443
epedrosa@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

Jayant W. Tambe (*admitted pro hac vice*)
Alexander V. Maugeri (*admitted pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
amaugeri@jonesday.com
jtambe@jonesday.com

Christopher Pagliarella (*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Telephone: (202) 879-3939
Facsimile: (202) 626-1700
cpagliarella@jonesday.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 5th day of August, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                               */s/ Eliot Pedrosa*
                                               Eliot Pedrosa