**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

  Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

  Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
<u>MOTION TO ENLARGE PAGE LIMIT</u>**

  **THIS CAUSE** is before the Court on Defendants Citigroup Inc. and Citibank, N.A.'s Unopposed Motion to Enlarge Page Limit [ECF No. ___] (the "Motion"), filed on August 5, 2024. Having reviewed the Motion and being fully advised in the premises, it is hereby

  **ORDERED AND ADJUDGED** that the Motion [ECF No. ___] is **GRANTED**. Defendants' Rule 12 motion in response to Plaintiffs' Amended Complaint may not exceed 35 pages, double-spaced and Plaintiffs' response to Defendants' forthcoming Rule 12 motion may not exceed 35 pages, double-spaced.

  **DONE AND ORDERED** in Chambers at Broward County, Florida on this ___ day of August, 2024.

_____
**RAAG SINGHAL
UNITED STATES DISTRICT JUDGE**

Copies Furnished to All Counsel of Record.