UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60834-CIV-SINGHAL

WERNER JACK BECKER, DANA GUIDA,
individually and on behalf of others
similarly situated,

      Plaintiffs,

vs.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Stay Discovery (DE [42]), pending adjudication of their Motion to Dismiss the Amended Complaint Pursuant to Rules 12(b)(1) and 12(b)(6) [DE 41] (the "Motion to Dismiss"). Defendants argue their pending Motion to Dismiss is dispositive and meritorious and, therefore, request a stay of discovery pending the Court's decision on the Motion to Dismiss.

Recently, the Eleventh Circuit reiterated its concern regarding the burdens and costs of conducting discovery before potentially dispositive motions are resolved. "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins." *Isaiah v. JPMorgan Chase Bank,* 960 F.3d 1296, 1308 (11th Cir. 2020) (quoting *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1367 (11th Cir. 1997)). The Court has reviewed the pending Motion to Dismiss and agrees with Defendants' assessment

that discovery at this stage could incur significant burdens and costs upon the parties. While the Court recognizes that Plaintiffs object to a stay of discovery, and have not yet filed a formal response, the Court is committed to expeditiously ruling on all motions, so the parties do not need to divert resources. Here, the Court is aware that Plaintiff is responding to a 45-page Motion to Dismiss with approximately 75 cites to authority and knows the effort both sides are placing on briefing these issues for the Court. A brief stay, while the Motion to Dismiss is considered, could promote judicial economy and would not significantly burden the parties. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

Defendants' Motion to Stay Discovery (DE [42]) is **GRANTED.** Discovery shall be stayed pending resolution of Defendants' Motion to Dismiss and until the Court enters a Scheduling Order Setting Case for Trial.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF