UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:24-cv-60834-Singhal

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

      Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

**THIS CAUSE** is before the Court on Plaintiffs' motion for an order extending their time to file their memorandum in opposition to Defendants' motion to dismiss the amended complaint. Having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiffs' memorandum in opposition to Defendants' motion to dismiss the amended complaint shall be due on **October 4, 2024**.

Done and ordered in Chambers at Broward County, Florida on this __ day of _____ 2024.

_____
**RAAG SINGHAL
UNITED STATES DISTRICT JUDGE**

Copies Furnished to All Counsel of Record.