UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60834-CIV-SINGHAL

WERNER JACK BECKER, DANA GUIDA,
individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Extension of Time to File Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint (DE [44]). Having reviewed the Motion and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED, in part**. Plaintiffs' memorandum in opposition to Defendants' Motion to Dismiss the Amended Complaint shall be due on **September 27, 2024.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF