UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

    Defendants.

_____/

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a) of the Southern District of Florida, Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Defendants") move for an order extending the deadline for Defendants to file their reply in support of their Motion to Dismiss the Amended Complaint Pursuant to Rule 12(b)(1) and 12(b)(6) [ECF No. 41] ("Motion to Dismiss Amended Complaint") and enlarging the page limit for the reply up to and including 15 pages, double-spaced.

### BACKGROUND

1. Defendants filed their Motion to Dismiss the Amended Complaint on August 14, 2024. [ECF No. 41]. Plaintiffs' response was thus, at that time, due on August 28, 2024.

2. On August 23, 2024, Plaintiffs sought an extension of time to file their response to Defendants' Motion to Dismiss Amended Complaint. [ECF No. 44]. Defendants took no position

1

on Plaintiffs' extension request, and noted that "in the event the Court [was] inclined to deny or limit Plaintiffs' requested extension, Citibank request[ed] that Plaintiffs' deadline to respond be set for no later than September 24 . . . and the deadline for Citibank's reply be set for October 4 (which amounts to a 3-day extension of the deadline otherwise imposed by the local rules)." [ECF No. 44, at 4.] The Court granted in part the extension, providing a deadline of September 27, 2024 for Plaintiffs to file their response. [ECF No. 45]. The Court did not address Citibank's request for a 3-day extension for its reply.

## EXTENSION OF TIME

3. Defendants expect to file a reply in support of their Motion to Dismiss, which is currently due Friday, October 4, 2024.

4. Defendants plan to diligently and efficiently work on a draft reply once Plaintiffs' response to the Motion to Dismiss is filed, but request a brief, 3-day extension of time to file their reply through and including Monday, October 7, 2024.

5. Good cause exists for the requested extension of time. The extension provides three additional days for Defendants to file their reply before Defendants' counsel's (Mr. Pedrosa's) trial commitment from October 7th through the 25th begins. The extension is sought in good faith and not for the purposes of delay. It corresponds to the same extension Citibank initially sought, adjusted for the September 27th, rather than September 24th, deadline the Court set for Plaintiffs' response. Neither party will be prejudiced by the extensions, nor will any other deadline be impacted.

## ENLARGEMENT OF PAGE LIMIT

6. Local Rule 7.1(c)(2) establishes a page limit of 10 pages, and Local Rule 5.1(a)(4) ordinarily permits the filing of memoranda with line spacing of 1.5 (except for block quotes and footnotes which may be single-spaced). However, this Court's Notice of Court Practice [ECF No.

13] requires that all motions, briefs, and memorandums be double-spaced, effectively reducing the length of memoranda otherwise permitted by the Local Rules.

7. The Court has previously afforded both parties an enlargement of the page limit for their principal brief, allowing up to 35 pages for Defendants' pending Motion to Dismiss and for Plaintiffs' response. Although Defendants cannot anticipate all of Plaintiffs' argument, they reasonably anticipate that they may need a small enlargement of the page limit applicable to their reply brief in order to address all of the issues.

8. Defendants believe it is prudent to seek such enlargement in advance, to avoid having to ask the Court to rule on the request within the abbreviated period between the deadline for Plaintiffs to file their response to the Motion to Dismiss and the deadline for Defendants to file their reply. Defendants therefore request an enlargement of the page limit set by the combination of Local Rules 7.1, 5.1, and this Court's Notice of Court Practice, up to and including 15 pages, double-spaced.

9. Defendants will further endeavor to streamline their arguments in order to file a shorter brief if possible.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court extend the time for Defendants to file their forthcoming reply in support of the Motion to Dismiss Amended Complaint of three days, up to and including October 7, 2024, and enlarge the page limit of such reply up to 15 double-spaced pages, and for such other relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I HEREBY CERTIFY that undersigned counsel has conferred with counsel for Plaintiffs and that Plaintiffs do not oppose the relief sought herein.

Dated: September 12, 2024

Respectfully submitted,

/s/ *Eliot Pedrosa*
Eliot Pedrosa
Florida Bar No. 182443
epedrosa@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

Jayant W. Tambe (*admitted pro hac vice*)
Alexander V. Maugeri (*admitted pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
amaugeri@jonesday.com
jtambe@jonesday.com

Christopher Pagliarella (*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
cpagliarella@jonesday.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Eliot Pedrosa*
Eliot Pedrosa
