UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-cv-60834-AHS

WERNER JACK BECKER, DANA GUIDA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and CITIBANK, N.A.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS**

    **THIS CAUSE** is before the Court on Defendants Citigroup Inc. and Citibank, N.A.'s Unopposed Motion for Extension of Time and Enlargement of Page Limit for Reply in Support of Motion to Dismiss [ECF No. ___] (the "Motion"), filed on September 12, 2024. Having reviewed the Motion and being fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion [ECF No. ___] is **GRANTED**. Defendants may have an extension of time to file their reply in support of their Motion to Dismiss the Amended Complaint up to and including October 7, 2024 and such reply may not exceed 15 pages, double-spaced.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this ____ day of September, 2024.

                                                        _____
                                                        **RAAG SINGHAL**
                                                        **UNITED STATES DISTRICT JUDGE**

Copies Furnished to All Counsel of Record.