**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 0:24-cv-60834-Singhal

WERNER JACK BECKER, DANA
GUIDA, individually and on behalf of others
similarly situated,

                Plaintiffs,

v.

CITIGROUP INC. d/b/a CITIBANK and
CITIBANK, N.A.,

                Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(d)(3), undersigned counsel moves to withdraw as counsel from this case because he will begin employment with the Federal Government on January 20, 2025. Counsel has notified the Plaintiffs and counsel for the Defendants. Plaintiffs will continue to be represented by:

Bryan Weir (*pro hac vice*)
Brandon M. Haase (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com
brandon@consovoymccarthy.com

Respectfully submitted,

Dated: January 17, 2025

/s/ *Daniel Shapiro*
Daniel J. Shapiro (Fla. Bar No. 1011108)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com

*Counsel for Plaintiffs*